UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ZHUMEI CHEN, et al.,                              :
                                                  :
                          Plaintiffs,             :        **ECF CASE**
                                                  :
              v.                                  :
                                                  :        08 Civ. 00154 (UA)
USCIS NEBRASKA SERVICE CENTER, et al.             :
                                                  :
                          Defendants.             :        NOTICE OF APPEARANCE
-------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       January 18, 2008

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                         By:    /s/_____
                                    KIRTI VAIDYA REDDY
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2751
                                    Facsimile: (212) 637-2786
                                    Email: kirti.reddy@usdoj.gov

To:    Alfred Lui, Esq.
       33 Bowery
       New York, NY 10002