AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Ms. Zhumei CHEN (A77 829 884)   Mr. Hao LIN (A77 829 886)
Mr. Hong Gui CHI (A70 891 945)   Ms. Yao XU (A79 694 369)

    Plaintiffs,

        V.

USCIS Nebraska Service Center
USCIS NYC District Office

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**08 CV 0154**

TO: (Name and address of Defendant)

USCIS Nebraska Service Center
850 "S" Street
Lincoln, NE 68501

USCIS NYC District Office
26 Federal Plaza
New York, NY 10278

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred Lui, Esq.
33 Bowery, Suite C201
New York, NY 10002

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE   JAN 0 8 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE JANUARY 11, 2008 |
| NAME OF SERVER (PRINT) Wing K. IP | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  U.S. Attorney, Southern District, NYC
  Attorney General
  USCIS Nebraska Service Center
  USCIS NYC District Office

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 11 2008      [signature]
           Date                   Signature of Server

                                  LAW OFFICES OF ALFRED LUI
                                  33 Bowery, Suite C201
                                  New York, NY 10002
                    Address of Server   Tel: (212) 925-3438
                                         Fax: (212) 925-6421

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

08 cv 154