


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007



RECEIVED
MAR 13 2008
JUDGE SWEET CHAMBERS

March 13, 2008

VIA FACSIMILE
Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

Re: Chen v. USCIS Nebraska Service Center,
08 Civ. 154 (RWS)

Dear Judge Sweet:

I write respectfully to request a sixty-day extension of time, from March 14 to May 13, to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension.

This is a mandamus action involving four plaintiffs: Zhumei Chen, Hao Lin, Hong Gui Chi and Yao Xu.[*] Each plaintiff seeks an order compelling Citizenship and Immigration Services ("CIS") to adjudicate his or her application for adjustment of status.

After the complaint was filed, this Office was informed by CIS that the applications of three of the plaintiffs, Zhumei Chen, Hao Lin and Hong Gui Chi, were adjudicated and, in fact, granted. CIS has further informed me that although plaintiff Yao Xu's application remains pending, it is attempting to adjudicate her application in an expedited manner. Accordingly, we request a sixty-day extension of time to provide CIS additional time to adjudicate Yao Xu's adjustment application, which would render this case moot. Plaintiff's counsel, Alfred Liu, consents to this request.

I thank the Court for its consideration of this request.

So ordered.
/s/ RWS USDJ
3-13-08

---

[*] Zhumei Chen is the mother of Hao Lin. Hong Gui Chi and Yao Xu appear to be unrelated to any of the plaintiffs.

Respectfully,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

cc: Alfred Lui, Esq. (via facsimile)