**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAR 31 2008 JUDGE SWEET CHAMBERS

----------------------------------------

ZHUMEI CHEN (A 77 829 884); HAO,
LIN (A 77 829 886); HONG GUI
CHI (A 70 891 945); YAO XU (A 79 694 369),

        Plaintiffs,

  -against-

USCIS NEBRASKA SERVICE CENTER;
USCIS NYC DISTRICT OFFICE,

        Defendants.

----------------------------------------x

STIPULATION AND ORDER

08 Civ. 00154 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      March 28, 2008

By: _____
ALFRED SIU LUI
Attorney for Plaintiffs
Law Offices of Alfred S. Lui
33 Bowery, Suite C201
New York, NY 10002
Telephone No.: (212)925-3438

So ordered
Robert␣␣ USDJ
3-31-08

Dated: New York, New York
       March 28, 2008

>                    MICHAEL J. GARCIA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for Defendants
>
>                    By: _____
>                        KIRTI VAIDYA REDDY
>                        Assistant United States Attorney
>                        86 Chambers Street, 3rd Floor
>                        New York, NY 10007
>                        Telephone No.: (212) 637-2751

SO ORDERED:

_____